# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TROIDL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. LA CV 19-02848-VBF-PVC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records herein, and the Report and Recommendation of the United States Magistrate Judge. The time for objecting to the R&R has passed and no objections have been received. Accordingly, the Court accepts the conclusions and recommendations of the Magistrate Judge. **IT IS ORDERED that:**

**The decision of the Commissioner of Social Security is REVERSED.**

**This case is REMANDED to the Commissioner for further action consistent with the R&R.** Judgment will be entered as a separate document.

Dated: March 12, 2020

　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　Hon. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　Senior United States District Judge