JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TROIDL,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. LA CV 19-02848-VBF-PVC<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Report and Recommendation of the United States Magistrate Judge.

Dated: March 12, 2020

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge