UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| David M. Troidl,<br><br>    Plaintiff.<br><br>    vs.<br><br>Andrew Saul,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 19-2848 VBF (PVC)<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of $7,500.00, subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $7,500.00, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a

federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

Dated: June 17, 2020

_____
HON. VALERIE BAKER FAIRBANK
United States District Judge